

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

# State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

Andrew J. Bruck
*Acting Attorney General*

MICHELLE L. MILLER
*Director*

November 3, 2021

**via CM/ECF**
Hon. Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

　　　　　　　　　Re:　**Pasquarello, et al. v. Murphy, et al.,**
　　　　　　　　　　　　**No. 3:21-cv-18806-ZNQ-DEA**

Dear Judge Arpert:

　　This office represents Defendants Murphy, Kuhn, Kandell, McGill and Hicks ("State Defendants") in the above-referenced matter. I write to request a brief extension of time for State Defendants to answer, move or otherwise respond to the Amended Complaint.

　　State Defendants' response is due on Friday, November 5, 2021. Due to the press of other business, including the responsibilities of the Attorney General's Office related to the New Jersey election held on November 2, State Defendants require a brief extension of the current deadline. An extension would permit all offices involved in this litigation to review State Defendants' response to the Amended Complaint. Plaintiffs challenge a New Jersey Department of Corrections Policy that provides for, among other things, the housing of transgender inmates in a facility consistent with their gender identities.

　　For the above reasons, we respectfully request that State Defendants' deadline be extended by twenty-one (21) days, until November 26, 2021. Because Plaintiffs are pro se inmates, we were not able to seek their consent for this request.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2964 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

```
                    Respectfully,

                    ANDREW J. BRUCK
                    ACTING ATTORNEY GENERAL OF NEW JERSEY

               By:  s/ Nicholas Falcone
                    Nicholas Falcone
                    Deputy Attorney General

                    s/ Eric Intriago
                    Eric Intriago
                    Deputy Attorney General
```



Hughes Justice Complex • Telephone: (609) 376-2964 • Fax: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*