Jennifer Pasquarello, *Pro Se*, # 558110E
Michelle Angelina, *Pro Se*, #339899C
Edna Mahan Correctional Facility
30 County Route 513
Clinton, New Jersey 08809-4004

RECEIVED

**UNITED STATES DISTRICT COURT**
For the District of New Jersey
Vicinage of Trenton

DEC 06 2021

---

| | |
|---|---|
| JENNIFER PASQUARELLO, <br> MICHELLE ANGELINA, <br> On Behalf of Themselves and All Other Similarly Situated Women, <br> Pro Se PLAINTIFFS <br><br> vs. <br><br> PHIL MURPHY, MARCUS HICKS/ <br> Ms. KUHN, AL KANDELL, <br> PATRICIA McGILL, DEMETRIUS MINOR, CARLOS MARTINEZ, <br> DEFENDANTS | CIVIL ACTION NUMBER: 3:21-cv-18806-ZNQ-DEA <br><br><br><br> REQUEST FOR ENTRY OF DEFAULT JUDGMENT |

To: Clerk of the Court

   Plaintiff(s) __Jennifer Pasquarello and Michelle Angelina__ requests that you enter judgment in default based upon the attached affidavit against defendant(s) __Demetrius Minor and Carlos Martinez__ in the above captioned matter for the amount of $ __10,000.00__ plus interest at the rate of 10% and costs in the amount of $.25.00.

Dated: __11/28__, 2021

Dated: __11/28__, 2021

Jennifer Pasquarello, *Pro Se* Plaintiff

Michelle Angelina, Pro Se Plaintiff

Jennifer Pasquarello, *Pro Se*, # 558110E
Michelle Angelina, *Pro Se*, #339899C
Edna Mahan Correctional Facility
30 County Route 513
Clinton, New Jersey 08809-4004

**UNITED STATES DISTRICT COURT**
For the District of New Jersey
Vicinage of Trenton

| | |
|---|---|
| JENNIFER PASQUARELLO, MICHELLE ANGELINA, On Behalf of Themselves and All Other Similarly Situated Women, Pro Se PLAINTIFFS | CIVIL ACTION NUMBER: 3:21-cv-18806-ZNQ-DEA |
| vs. | STATE COURT DOCKET: HNT-L-000273-21 |
| PHIL MURPHY, MARCUS HICKS/ Ms. KUHN, AL KANDELL, PATRICIA McGILL, DEMETRIUS MINOR, CARLOS MARTINEZ, DEFENDANTS | CERTIFICATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT JUDGMENT |

Plaintiff(s) Jennifer Pasquarello and Michelle Angelina, being duly sworn, depose(s) and state(s) as follows:

**(1)** I/**We** am/**are** the *pro se* plaintiff in the above-captioned matter, and make this certification in support of my application for default judgment against defendants

**(2)** On the date of August 11, 2021, defendant(s) ___Carlos Martinez___ (and) ___Demetrius Minor___, respectively, were served with a copy of the complaint and summons in this civil action. I/**We** have annexed a copy of the return of service completed by the ___Hunterdon___ County Sheriff as exhibit A.

**(3)** The defendant(s) ___Carlos Martinez and Demetrius Minor___ has/have failed to file an answer or otherwise defend this action despite the fact that more than __35__ days have now elapsed since

service of the complaint and summons upon them. As of the date of September 27, 2021, a total of __48__ days. As of the date of October 27, 2021, a total of __78__ days have elapsed.

**(4)** Under New Jersey Court Rule 4:6-1 defendant(s) is/are required to file and serve an answer within thirty-five (35) days of service of the complaint and summons upon them. Under Fed.R.Civ.P. 12(a)(1)(A), defendants are required to file and serve an Answer to the Complaint within twenty (20) days of being served. The defendant(s) __Carlos Martinez__ (and) __Demetrius Minor__ have failed to comply with either the state rule or the federal rule, and have offered no explanation for their failure to file any pleadings.

**(5)** Under Fed.R.Civ.P. 55(b), the clerk of the U.S. District Court is empowered to enter a default judgment against a non-responding party when the plaintiff's claim against that defendant is for a sum certain. Default judgment may be entered when the party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend the action.

**(5)** Pursuant to New Jersey Court Rule 4:43-2 and Fed.R.Civ.P. 55(b), I/we am/are hereby requesting that the clerk enter a default judgment for a sum certain in the amount of $ __10,000__ plus costs in the amount of __$25.00__ against each defendant on behalf of the plaintiffs.

## CERTIFICATION

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: __11/28__, 20 __21__      _Jennifer Pasquarello_, Pro Se Plaintiff

Dated: __11/28__, 20 __21__      _Michelle Angelina_, Pro Se Plaintiff

Jennifer Pasquarello, *Pro Se*, # 558110E
Michelle Angelina, *Pro Se*, #339899C
Edna Mahan Correctional Facility
30 County Route 513
Clinton, New Jersey 08809-4004

**UNITED STATES DISTRICT COURT**
For the District of New Jersey
Vicinage of Trenton

------

| | |
|---|---|
| JENNIFER PASQUARELLO, MICHELLE ANGELINA, On Behalf of Themselves and All Other Similarly Situated Women, Pro Se PLAINTIFFS | CIVIL ACTION NUMBER: 3:21-cv-18806-ZNQ-DEA |
| vs. | STATE COURT DOCKET: HNT-L-000273-21 |
| PHIL MURPHY, MARCUS HICKS/ Ms. KUHN, AL KANDELL, PATRICIA McGILL, DEMETRIUS MINOR, CARLOS MARTINEZ, DEFENDANTS | PROOF OF SERVICE |

I/We certify that on the date of November 30, 2021, I/we did begin the process to serve the following documents in the above captioned matter. The original and one copy of the Request for Entry of Default Judgment was filed with the Clerk of the Court, Untied States District Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 403 East State Street, Trenton, N.J., 08608; a true copy of the same pleadings was served on defendant Demetrius Minor, #494475E, Edna Mahan Correctional Facility, 30 County Route 513, Clinton, N.J., 08809; a true copy of the documents was served upon Carlos Martinez, address 550 JERSEY AVE, C/O DO #11 NEW BRUNSWICK, N.J., 08903, the defendants who are in default in this action.

Service was made by way of First Class U.S. Mail from the Edna Mahan Correctional facility, 30 County Route 513, Clinton, N.J., 08809, the plaintiffs' present place of confinement.

Dated: 11/28, 2021

Dated: 11/28, 2021

Jennifer Pasquarello, Pro Se Plaintiff

Michelle Angelina, Pro Se Plaintiff

Jennier Pasquarello - # 558110E
Edna Mahan Correctional Facility
30 County Route 513
P.O. Box 4004
Clinton, N.J., 08809

DV DANIELS NJ 070

2 DEC 2021 PM



$ 000.73⁰
02 1P
0004498474  DEC 01 2021
MAILED FROM ZIP CODE 08809

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CLARKSON S. FISHER U.S. COURHOUSE
402 EAST STATE STREET
TRENTON, N.J., 08608

08608-150705