<table>
<tr><td>Philip D. Murphy<br><i>Governor</i><br><br>Sheila Y. Oliver<br><i>Lt. Governor</i></td><td align="center"><i>State of New Jersey</i><br>Office of the Attorney General<br>Department of Law and Public Safety<br>Division of Law<br>25 Market Street; PO Box 112<br>Trenton, NJ 08625-0112</td><td>Andrew J. Bruck<br><i>Acting Attorney General</i><br><br>Michelle L. Miller<br><i>Director</i></td></tr>
</table>

January 18, 2022

**via CM/ECF**
Hon. Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

      Re:    **Pasquarello, et al. v. Murphy, et al.,
                No. 3:21-cv-18806-ZNQ-DEA**

Dear Judge Arpert:

      This office represents Defendants Murphy, Kuhn, Kandell, McGill, and Hicks ("State Defendants") in the above-referenced matter. State Defendants filed a Motion to Dismiss Plaintiffs' Complaint on December 17, 2021. The court then assigned a motion date of January 18, 2022. We received a copy of Plaintiffs' opposition to that motion on January 13, 2022, when same was filed on CM/ECF. I am writing to respectfully inquire as to whether State Defendants' reply brief will be due seven (7) days from receipt of Plaintiffs' opposition (January 20, 2022) in accordance with the standard motion-briefing schedule, or whether the current motion date will be adjourned one cycle until February 7, 2022.

                Respectfully,

                ANDREW J. BRUCK
                ACTING ATTORNEY GENERAL OF NEW JERSEY

     By:    s/ Nicholas Falcone
            Nicholas Falcone
            Deputy Attorney General

