Jennifer Pasquarello, # 558110E<br>
Michelle Angelina - # 339899C<br>
Edna Mahan Correctional Facility<br>
30 County Route 513<br>
Clinton, N.J., 08809<br>
April 25, 2022

Clerk of the Court
United States District Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, N.J., 08608

RECEIVED

APR 29 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

RE: <u>Pasquarello v. Murphy, et.al.</u>
   Docket Number: 3:21-cv-18806 (ZNQ)
   Documents for Filing

Dear Sir/Madam:

Enclosed, please find the original and one copy of plaintiffs' *pro se* Notice of Motion for Show Cause Order and Temporary Restraining Order, along with supporting documents. I have also served defendants' counsel with a copy of the same documents, as indicated by the enclosed Proof of Service. Defendants Carlos Martinez and Demetrius Minor have not been served since both defendants are in default and service is not required under Fed.R.Civ.P. 5(a).

Please file these documents and forward to the assigned judge for consideration. I have already requested that counsel be assigned to represent me in this habeas matter.

I thank you for your time and cooperation in this matter. I hope to hear from your office soon.

Respectfully;

Mrs. Jennifer Pasquarello

Mrs. Michelle A.