Ms. Demi Minor 494475E
P.O. Box 4004
Clinton, NJ 08809

Clerk's office
United States District Court
402 east State Street, Room 2020
Trenton, New Jersey 08608

Re: JENNIFER PASQUARELLO and MICHELLE ANGELINA v. GOVERNOR PHILL MURPHY, et al,
Docket NO: 3:21-cv-18806 (ZNQ-DEA)

Dear clerk Please accept this letter with regards to the above mentioned case. I have not been served several documents nad would like to obtain a copy of such documents from you I am a defendant in the above mentioned case.

I am requesting a copy of the Amended Complaint, Motion [Preliminary Injection Motion] to remand the case (ECF No. 5), Amenda complaint, Angelina certification, Pasquarello Certification, Certification filed by Leslie Nelson, Amended complaint filed on August 5, 2021 I am also asking for the copies of the recent Supplemental certification in support of motions for Preliminary Injunction (ECF 34).

In addition if you can send me a list of all documents filed in this case, it would be greatly appreciated, as you are aware I am also a party with great interest to this docket, thank you for your time and help in this matter.

Sincerely,
Demi Minor

Demi Minor 494475E
P.o. Box 400
Clinton, NJ 08809



RECEIVED

MAY 16 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Clerks office
United States Steet, Room 2020
~~Trenton~~
402 east State st,
Trenton, New Jersey 08608

08608$1500 C034