## UNITED STATES DISTRICT COURT
### for the District of New Jersey [LIVE]
### Trenton, NJ

JENNIFER PASQUERELLO, et al.

                        Plaintiff,

v.                                           Case No.: 3:21−cv−18806−ZNQ−DEA

PHIL MURPHY, et al.

                        Defendant.

Clerk, Superior Court of New Jersey
Hunterdon County Courthouse
65 Park Avenue
Flemington, NJ 08822

State No: HNT L 000273 21

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                              Very truly yours,

                                              William T. Walsh, Clerk
                                              By Deputy Clerk, jal

encl.
cc: All Counsel