RECEIVED

AUG 0 2 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Jennifer Pasquarello - # 558110E
Michelle Angelina - # 339899C
Edna Mahan Correctional Facility
30 County Route 513
Clinton, N.J., 08809
July 25, 2022

Clerk of the Court
United States District Court
Clarkson S. Fisher U.S. Cthse.
402 East State Street
Trenton, N.J., 08608

Honorable Zahid Quraishi, U.S.D.J.
United States District Court
Clarkson S. Fisher U.S. Cthse.
402 East State Street
Trenton, N.J., 08608

Re: <u>Pasquarello,et.al., v. Murphy, et.al.</u>
    Docket Number: 3:21-cv-18806 (NZQ-DEA)
    U.D. District Court Case Number: 2022 U.S. Dist. LEXIS 94247

Dear Judge Quraishi/Court Clerk:

   The above referenced plaintiffs have just been made aware that an opinion and order has been entered by the United States District Court, Judge Quarashi, dated May 25, 2022, in which the court dismissed the plaintiffs' federal claims under the civil rights action which had been filed in the Hunterdon County Superior Court under the above docket number and was subsequently removed to U.S. District Court by the defendants. The court's order also REMANDED the state law claims to the Hunterdon County Superior Court for adjudication. **Plaintiffs became aware only on the date of July 7, 2022, and were never notified by the U.S. District Court or counsel for the state defendants of the federal court's action. Plaintiffs have no explanation as to why they were not promptly informed of the federal court's decision to such an extent that their time to file an appeal has now lapsed.** Nor is it clear whether the federal court's dismissal of the federal claims was done with prejudice or without prejudice. As of July 25, 2022, plaintiffs have still not been notified by the federal court of the order of dismissal and remand.
   Inasmuch as the state law claims (and presumably the common-law claims against the two inmate defendants as well), the plaintiffs are awaiting this court's action to enter and provide the plaintiffs with a scheduling order regarding discovery, motions, etc., and to inform the plaintiffs as to which Case Track this case will be assigned. Plaintiffs requested that you provide such notification in timely manner so they can move this litigation along. Plaintiffs are ready to proceed on the state law claims.
   Thank you for your assistance and cooperation in this matter. Please respond to this letter of inquiry as soon as possible.

Respectfully;

*Jennifer Pasquarello*          *Michelle Angelina*

Jennifer Pasquarello - # 558110E
Edna Mahan Correctional Facility
P.O. Box 4004
30 County Route 513
Clinton, N.J., 088



Clerk of the Court
United States District Court
Clarskon S. Fisher U.S. Courthouse
402 East State Street
Trenton, N.J., 08608

RECEIVED

AUG 0 2 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK