Michelle Angelina - # 339899C
Edna Mahan Correctional Facility
30 County Route 513
Clinton, N.J., 08809
October 20, 2022

Honorable Zahid Quraishi, U.S.D.J.
United States District Court
Suite 7000
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, N.J., 08608

Re: <u>Pasquarello & Angelina v. Murphy, et.al.</u>
   Docket Number: 3:21-cv-18806

Dear Judge Quraishi:

  Please be advised that I am writing to your office in order to request that you please direct the clerk of the court to forward a formal copy of the opinion and order dated May 25, 2022, in which Your Honor dismissed without prejudice the federal claims in the above-referenced litigation and remanded the state-law claims to the Hunterdon County Superior Court. I myself only became aware of the court's ruling when I browsed the LEXIS/NEXUS database in the prison law library; the plaintiffs have also never been served with a copy of the order and opinion by the court clerk. This appears to be a serious failure by the clerk to perform the ministerial duty of serving orders and judgments on the parties to the litigation. Fed.R.Civ.P. 77(d) requires that **"immediately after entering an order or judgment, the clerk must serve notice of the entry on each party who is not in default for failing to appear.."** There has been no compliance with that Rule.
  I have spoken with court personnel in the Hunterdon County Superior Court and they have told me they have received NOTHING in the way of notification or any order of remand from the U.S. District Court in this matter. Without such a formal order, the litigation is essentially frozen since the State court must accept the fact that the federal court still has exercised its jurisdiction. The plaintiffs are anxious to move this litigation along and intend to pursue the state law claims in state court. I have informed the state court officials that You Honor's opinion and order is published at 2022 U.S. Dist. LEXIS 94247 (even send them a copy of the decision), but this does not convince them. It is our intent to file an amended complaint in state court but we cannot proceed until Your Honor directs the clerk of the U.S. District Court to serve a formal copy of the order for remand on the court personnel in Hunterdon County Superior Court.
  I also wish to inform you of the fact that prison inmates are NOT ABLE to access any internet website in order to obtain updates on court procedures, rulings, motions, and other matters related to pending litigation. Only published opinions available in the LEXIS/NEXUS database are able to be seen and these are only updated quarterly by the provider to the prison's law library. It is therefore absolutely necessary for your office to mail copies of any court rulings, motions, and other legal documents to the inmates in their correctional facility.
  We request that Your Honor please act expeditiously to serve copies of the order and opinion on the plaintiffs and particularly upon the Hunterdon County Superior Court. We thank you for your cooperation in this matter.

Respectfully;

*[signature: Michelle Angelina]*

Michelle Angelina - # 339899C
Edna Mahan Correctional Facility
30 County Route 513
P.O. Box 4004
Clinton, N.J., 08809



Honorable Zahid Quraishi, U.S.D.J.
United States District Court
Suite 7000
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, N.J., 08608